### 537.   TALLEY *v.* THE STATE.

HILL, C. J.  1. While section 1017 of the Penal Code gives the right to
the State and the accused to have the witnesses of the other examined
out of the hearing of each other, and directs that "the court shall take
proper care to effect this object so far as practicable and convenient,"
yet this matter is within the discretion of the court, and its exercise
will not be controlled unless manifestly abused.

2. Where the court, at the request of the solicitor and over the objection
of the defendant, permitted a witness for the State to remain in court
and assist in the prosecution, and said witness was first examined, there
was no abuse of discretion.

3. The evidence warranted the verdict.          *Judgment affirmed.*

Indictment for pointing gun, etc., from Douglas superior court
—Judge Edwards.   April 2, 1907.

Argued July 17,—Decided July 25, 1907.
*J. S. James, W. A. James,* for plaintiff in error.
*W. K. Fielder, solicitor-general,* contra.